# GABOR & GABOR

ATTORNEYS AT LAW
400 GARDEN CITY PLAZA
SUITE 406
GARDEN CITY, NEW YORK 11530
TEL (516) 248-2525
FAX (516) 248-4468
EMAIL: esqs@gaborlaw.com

DAVID G. GABOR
HOPE SENZER GABOR

PARALEGAL
KELLY D. FILAKOVSKY

December 5, 2007

via ECF only

Chambers of Honorable Laura T. Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

Re.: O'Brien v. United Parcel Service of America, Inc., a/k/a UPS
Docket No.: 07-CV-10437 (LTS)(HBP)

Honorable Madam:

This office represents the plaintiff in the above referenced matter.

We are in receipt of the Court's Initial Conference Order dated November 28, 2007, which we received by e-mail on December 4, 2007. The Order contains the mandate that a copy of the Initial Conference Order be served on all defendants within ten (10) calendar days of the date of the Order.

As the Court is aware, this action was initially filed with the Court on November 19, 2007. Copies of the Summons and Complaint and Jury Demand were forwarded to our process server on November 27, 2007, for service on the defendant both at its main offices located in Atlanta, Georgia, and also at its local offices located in the Bronx, New York. We have not yet received any form of confirmation of service from the process server.

It is respectfully requested that the plaintiff's time to serve the Initial Conference Order on the defendants be extended up until the time that we are first contacted by counsel for the defendant, or upon the filing of a Notice of Appearance by the defendants, whichever is first.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

GABOR & GABOR

DAVID G. GABOR (DGG9979)

DGG:kdf