# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 20 2007

Lauren H. Leyden
212.872.8172/fax: 212.872.1002
lleyden@akingump.com

December 19, 2007

VIA FACSIMILE

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *O'Brien v. United Parcel Service, Inc.*
07 Civ. 10437 (LTS)

Dear Judge Swain:

This firm represents Defendant United Parcel Service, Inc. (New York) in the above-referenced matter.

Enclosed please find a courtesy copy of the parties' joint Stipulation to extend the time for Defendant to service its response to the Complaint to January 31, 2008. The initial pre-trial conference in this matter currently is scheduled for February 15, 2008. Accordingly, counsel for the parties jointly respectfully request that the initial pre-trial conference be rescheduled to March 28, 2008, or the earliest date thereafter that is convenient to the Court. An adjournment will give counsel for the parties an opportunity to conduct appropriate investigations and explore possible narrowing of the issues. There have been no previous requests for adjournment or extension of this conference.

*The conference is adjourned to April 4, 2008, at 10:00 AM.*
SO ORDERED.

_____ 12/20/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Lauren H. Leyden

cc: David G. Gabor Esq. (via facsimile)

Copies mailed/faxed to Deft's Counsel
Chambers of Judge Swain    12-20-07

590 Madison Avenue / New York, NY 10022-2524 / 212.872.1000 / fax: 212.872.1002 / www.akingump.com