UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WILLIAM O'BRIEN,

                      Plaintiff,

    -against-                    No. CV-07-10437 (LTS)

UNITED PARCEL SERVICE INC.,

                      Defendant.
----------------------------------------------------------x

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: DEC 2 0 2007]

### STIPULATION

      Plaintiff, William O'Brien, and Defendant, United Parcel Service, Inc., by and through their undersigned counsel, who are duly authorized to enter into this STIPULATION, hereby agree as follows:

      The time for the Defendant to serve its response to the Complaint is extended to January 31, 2008;

      Defendant will not raise any defenses relating to sufficiency of service.

      The parties will notify the Court of this STIPULATION and will file said STIPULATION with the Court.

1

Dated: New York, New York
       December 18, 2007

                                        GABOR & GABOR

                                        By: _____
                                            David G. Gabor (DGG 9979)
                                            400 Garden City Plaza, Suite 406
                                            Garden City, New York 11530
                                            (516) 248-2525

                                        *Attorneys for Plaintiff*

                                        AKIN GUMP STRAUS HAUER & FELD, LLP

                                        By: _____
                                            Jonathan L. Sulds (JS-4674)
                                            Lauren H. Leyden (LL-0937)
                                            590 Madison Avenue
                                            New York, New York 10022
                                            (212) 872-1000

                                        *Attorneys for Defendant*

So Ordered:

_____  12/20/2007
United States District Judge

2