UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
WILLIAM O'BRIEN,

                Plaintiff,

     -against-                                  No. CV-07-10437 (LTS)

UNITED PARCEL SERVICE INC.,

                Defendant.
-----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Evandro C. Gigante, hereby certify that on December 20, 2007, I caused true and correct copies of the Court's Endorsed Memo Order dated December 20, 2007 to be served via facsimile and United Parcel Service Overnight Delivery upon the following:

        David Gabor, Esq.
        Gabor & Gabor
        400 Garden City Plaza, Suite 406
        Garden City, New York 11530
        Facsimile: (516) 248-4468
        *Attorney for Plaintiff*

Dated: December 20, 2007
       New York, New York

        AKIN GUMP STRAUS HAUER & FELD LLP

        By: _____
            Evandro C. Gigante (EG-7402)
        590 Madison Avenue
        New York, New York 10022
        (212) 872-1000

        *Attorneys for Defendant*