**STATE OF NEW YORK**    COUNTY OF
**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**    INDEX # : _07 CV 10437_
ATTORNEY(S): GABOR & GABOR    PH: 516-248-2525    Date Filed: _____
    ADDRESS: 400 GARDEN CITY PLAZA GARDEN CITY NY 11530    File No.: _____



WILLIAM O'BRIEN

*Plaintiff(s)/Petitioner(s)*

vs

UNITED PARCEL SERVICE OF AMERICA, INC. A/K/A UPS

*Defendant(s)/Respondent(s)*

STATE OF _GEORGIA_ , COUNTY OF _NEWTON_ SS.:    **AFFIDAVIT OF SERVICE**
_JAMES R. GLADDEN_, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On _DECEMBER 12, 2007_ at _1:15 pm_,
at _SUITE 300, 40 TECHNOLOGY PARKWAY SOUTH, NORCROSS, GA_ ~~65 GLENLAKE PARKWAY NE, Atlanta, GA 30328~~, deponent served the within
Summons in a Civil Action and Complaint

on:    UNITED PARCEL SERVICE OF AMERICA, INC.    , Defendant    therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
☐    described as said person therein. _GILLIAN MOSS, DESIGNATED AGENT FOR SERVICE FOR_
    _CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR_
#2 CORPORATION By delivering thereat a true copy of each to _DEFENDANT, UNITED PARCEL SERVICE OF AMERICA_ personally, deponent knew
☑    said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the
    managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on
    behalf of the corporation.

#3 SUITABLE    By delivering a true copy of each to _____ a person of suitable age and discretion.
AGE PERSON   Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.
☐

#4 AFFIXING    By affixing a true copy of each to the door of said premises, which is recipient's:    [ ] actual place of business
TO DOOR    [ ] dwelling house (place of abode) within the state.
☐
    Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
    thereat on the _____ day of _____ at _____
    on the _____ day of _____ at _____
    on the _____ day of _____ at _____
    on the _____ day of _____ at _____
    Address confirmed by _____

#5 MAIL COPY    On _____, deponent completed service under the last two sections by depositing a copy of the
☐    _____ to the above address in a 1st Class
    postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive
    care and custody of the United States Post Office in the State of _____.

#6 DESCRIPTION    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: _5'2"_
☑    Sex: _F_    Color of skin: _BLACK_    Color of hair: _BROWN_    Age: _30_    Height: _5'2"_
(use with #1, 2 or 3)  Weight: _100_    Other Features: _____

#7 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
☐

#8 MIL. SRVC    Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative
☐    reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military
    service.

#9 OTHER
☐

Sworn to before me on _12|13|07_

x _Loretta Gladden_    _James R. Gladden_
Notary Public    Please Print Name Below Signature
    _JAMES R. GLADDEN_
    Invoice•Work Order # 0146883