Jonathan L. Sulds (JS-4674)
Jonathan L. Israel (JI-5882)
Lauren H. Leyden (LL-0937)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)
E-mail: jsulds@akingump.com
           jisrael@akingump.com
           lleyden@akingump.com

*Attorneys for Defendant United Parcel Service, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WILLIAM O'BRIEN                             :
                                            :   No. CV-07-10437 (LTS)
                                            :
                   Plaintiff,               :
                                            :
         -against-                          :
                                            :
UNITED PARCEL SERVICE INC.,                 :
                                            :
                   Defendant.               :
------------------------------------------------------------------x

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant states as follows:

Defendant United Parcel Service, Inc., a New York corporation, is a wholly-owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No other publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
January 31, 2008

        Respectfully submitted,

      By: /s/ Jonathan L. Sulds
        Jonathan L. Sulds (JS-4674)
        Jonathan L. Israel (JI- 5882)
        Lauren H. Leyden (LL-0937)
        AKIN GUMP STRAUSS HAUER & FELD LLP
        590 Madison Ave.
        New York, New York 10022
        (212) 872-1000 (tel)
        (212) 872-1002 (fax)
        E-mail: jsulds@akingump.com
           jisrael@akingump.com
           lleyden@akingump.com

        *Attorneys for Defendant United Parcel Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of January, 2008, the foregoing Rule 7.1 Statement was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

>David Gabor, Esq.
>Gabor & Gabor
>400 Garden City Plaza, Suite 406
>Garden City, New York  11530
>
>*Counsel for Plaintiff*

1.

/s/ Jonathan L. Sulds
Jonathan L. Sulds